Probation Form No. 35

Report and Order Terminating Probation /Supervised Release Prior to Original Expiration Date

(1/92)

---

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUN 1 1 2008

**FILED**

UNITED STATES OF AMERICA

v.                                                              Crim. No. 06-CR-98-01-SM

Agnes Kim

On May 15, 2007 the above named was placed on Probation for a period of two years. She has complied with the rules and regulations of Probation and is no longer in need of Probation supervision. It is accordingly recommended that Agnes Kim be discharged from Probation.

Respectfully submitted,

Timothy J. Brown
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 11th day of June, 2008.

Steven J. McAuliffe
Chief U.S. District Judge